UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDY K LEE,<br><br>              Plaintiff,<br><br>   v.<br><br>MARY ELLEN WINBORN,<br><br>              Defendants. | CASE NO. 3:17-CV-06065-DWC<br><br>ORDER SETTING TRIAL, PRETRIAL DATES, AND ORDERING MEDIATION |

| | |
|---|---|
| JURY TRIAL is set for | June 18, 2019<br>Courtroom C<br>Length of Trial: 15 days |
| Deadline to Join Additional Parties | May 20, 2018 |
| Plaintiff Expert Witness Identification Deadline | December 2, 2018 |
| Defendants' Expert Witness Identification Deadline | December 23, 2018 |
| Expert Witness Initial Report Disclosure | February 22, 2019 |
| Expert Rebuttal Report Disclosure | March 25, 2019 |
| Expert Witness Discovery Deadline | April 19, 2019 |
| Discovery Deadline | April 19, 2019 |
| Dispositive Motions Filing Deadline | March 21, 2019 |
| 39.1 Mediation Completion Deadline | May 3, 2019 |
| Pretrial Order | May 10, 2019 |
| Proposed Jury Instructions Deadline | May 28, 2019 |

| | |
|---|---|
| Exchange of Trial Exhibits Deadline | May 28, 2019 |
| Motions in Limine Deadline (Motions will be ruled on or before pre-trial conference) | May 28, 2019 |
| Pre-trial Status Conference | June 4, 2019 |
| Pre-trial Briefs Deadline | June 7, 2019 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties and the scheduling conference held on March 28, 2018. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify my Law Clerk, Lisa Ledford, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

As required by CR 37(a), all discovery matters are to be resolved by agreement, if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available at the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits; plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice; once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Should this case settle, counsel shall notify Lisa Ledford at 253−882−3860 or Deputy Clerk, Kim Brye, at 253−882−3811. Pursuant to CR 3(b), an attorney who fails to give prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 30th day of March, 2018.

David W. Christel
United States Magistrate Judge